# Court of Appeals
# of the State of Georgia

ATLANTA,  April 26, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1568.  JIMMY CLARK v. TONI BREWER.

Jimmy Clark has filed this direct appeal from an order in which the trial court not only denied his request for a reduction in his child support obligation, but rather increased his child support obligation and awarded his ex-wife attorney fees.  We, however, lack jurisdiction.

Because this case involves the collection of child support, it is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2).  See *Collins v. Davis*, 318 Ga. App. 265, 266 (1) (733 SE2d 798) (2012); *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426, 426-427 (731 SE2d 110) (2012).  Appeals in such matters must be taken by application for discretionary appeal. See *Booker*, supra. Clark's failure to follow the discretionary appeal procedure deprives us of jurisdiction to consider his appeal, which is therefore DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  04/26/2017
    I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____ , Clerk.